Matter of Jon Z. v Girouard (2026 NY Slip Op 01723)

Matter of Jon Z. v Girouard

2026 NY Slip Op 01723

Decided on March 20, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 20, 2026

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, GREENWOOD, AND HANNAH, JJ. (Filed Mar. 20, 2026.) 

MOTION NO. (856/25) CA 24-00601.

[*1]IN THE MATTER OF JON Z. AND VICTOR Z., FOR THE APPOINTMENT OF A GUARDIAN OF THE PROPERTY AND/OR PERSON OF MARGARET Z., AN ALLEGED INCAPACITATED PERSON, JON Z., PETITIONER-APPELLANT, 
vTHERESA M. GIROUARD, ESQ., APPOINTED GUARDIAN FOR MARGARET Z., AN ALLEGED INCAPACITATED PERSON, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.